**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEVIN-PAUL WOODRUFF,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL NO. 3:CV-06-1469** |
| | : | |
| **v.** | : | **(Judge Caputo)** |
| | : | |
| **A. J. BOOTH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## O R D E R

Plaintiff, Kevin-Paul Woodruff, an inmate at the United State Penitentiary in Lewisburg ("USP-Lewisburg"), Pennsylvania, commenced this *pro se* action by filing a *Bivens* civil rights complaint (Doc. 1).  By Order dated October 6, 2006 (Doc. 11), this Court denied Plaintiff's motion for a temporary restraining order.  Presently before the Court is Plaintiff's motion for reconsideration of that Order.  The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence.  *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985).  Upon consideration of the motion, this Court finds that Plaintiff has failed to provide the evidence required for a successful motion for reconsideration.

**ACCORDINGLY, THIS 8th DAY OF FEBRUARY, 2007, IT IS HEREBY**

**ORDERED THAT** Plaintiff's motion for reconsideration (Doc. 18) is **DENIED**.


/s/ A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge